FILED
98 JUN -2 AM 10: 40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DON CORNELIUS PURIFOY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CV 98-PT-0701-S |
| STATE OF ALABAMA, | ) ) ) | |
| Defendants. | ) | |

ENTERED
JUN 2 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 22, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for seeking monetary relief from a defendant who is immune from suit under 28 U.S.C. § 1915A(b).   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for seeking monetary relief from a defendant who is immune from suit pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this ____ day of _____, 1998.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE